In the Matter of ARTURO CORTES, Petitioner, v GLENN S. GOORD, as Acting Commissioner of New York State Department of Correctional Services, Respondent. [671 NYS2d 370] —Determination unanimously confirmed without costs and amended petition dismissed (*see, Matter of Lahey v Kelly,* 71 NY2d 135; *Matter of Holmes v Coughlin,* 182 AD2d 1121). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Denman, P. J., Pine, Wisner, Callahan and Fallon, JJ.